**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>MARTIN DAMON MOSLEY<br><br>Debtor(s) | Case No. 12-23046 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/16/2012, and was converted to chapter 13 on 07/16/2012.

2) The plan was confirmed on 09/20/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/12/2012.

5) The case was dismissed on 03/07/2013.

6) Number of months from filing to last payment: 7.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $19,240.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $3,660.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$3,660.00**

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,270.03 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $166.98 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$1,437.01**

Attorney fees paid and disclosed by debtor:  $94.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVANTAGE MRI LLC | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| ADVANTAGE MRI-AH SOUTH HOLLA | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| AMC ANESTHESIA | Unsecured | 1,025.00 | NA | NA | 0.00 | 0.00 |
| AMC ANESTHESIA | Unsecured | 307.50 | NA | NA | 0.00 | 0.00 |
| AMC ANESTHESIA | Unsecured | 1,537.50 | NA | NA | 0.00 | 0.00 |
| AMC ANESTHESIA | Unsecured | 3,360.00 | NA | NA | 0.00 | 0.00 |
| AMC ANSTHESIA | Unsecured | 4,897.50 | NA | NA | 0.00 | 0.00 |
| AMC ANSTHESIA | Unsecured | 6,662.50 | NA | NA | 0.00 | 0.00 |
| BACK BOWL LLC | Unsecured | 766.01 | 766.01 | 766.01 | 0.00 | 0.00 |
| BALU NATARAJAN MD | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| BALU NATARAJAN MD | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| BALU NATARAJAN MD | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL CREDIT UNION OF IL | Secured | 17,974.01 | 23,851.48 | 17,974.01 | 1,739.10 | 368.39 |
| CENTRAL CREDIT UNION OF IL | Unsecured | 5,877.47 | 0.00 | 5,876.67 | 0.00 | 0.00 |
| CHICAGO IMAGING ASSOCIATES LLC | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| CITIMORTGAGE INC | Secured | 170,000.00 | NA | NA | 0.00 | 0.00 |
| CITIMORTGAGE INC | Secured | 28,419.60 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO EMS | Unsecured | 111.00 | 740.00 | 740.00 | 0.00 | 0.00 |
| CITY OF CHICAGO EMS | Unsecured | 111.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Secured | 938.09 | 976.04 | 938.09 | 88.15 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Unsecured | NA | 0.00 | 37.95 | 0.00 | 0.00 |
| CORTRUST BANK | Unsecured | 535.34 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| DRS BANUCHI & BANUCHI SC | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 3,458.95 | 3,570.52 | 3,570.52 | 0.00 | 0.00 |
| EPMG OF ILL | Unsecured | 578.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 570.31 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 553.26 | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Unsecured | 1,396.05 | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK/LOWES | Unsecured | 1,319.44 | 1,535.60 | 1,535.60 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ILLINOIS DEPT OF HUMAN SERVICE | Unsecured | 2,080.60 | 2,270.60 | 2,270.60 | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 472.15 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,641.12 | 2,789.29 | 2,789.29 | 27.35 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 39,481.23 | 51,276.03 | 51,276.03 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 7,729.13 | 412.16 | 412.16 | 0.00 | 0.00 |
| INTERVENTIONAL PAIN MGMT | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| LITTLE CO OF MARY AFFL SERV | Unsecured | 69.68 | NA | NA | 0.00 | 0.00 |
| METRO CHGO SURGICAL ONCOLOG | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1,591.13 | NA | NA | 0.00 | 0.00 |
| PROACTIV SOLUTION | Unsecured | 113.78 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE FINANCIAL SVC | Unsecured | 766.01 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY IMAGING CONSULT | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| ST BERNARD HOSPITAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| SULLIVAN URGENT AID CENTER | Unsecured | 282.00 | NA | NA | 0.00 | 0.00 |
| SULLIVAN URGENT AID CENTERS | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| SULLIVAN URGENT AID CENTERS | Unsecured | 282.00 | 282.00 | 282.00 | 0.00 | 0.00 |
| SWEDISH COVENANT HOSPITAL | Unsecured | 801.80 | NA | NA | 0.00 | 0.00 |
| SWEDISH COVENANT HOSPITAL | Unsecured | 259.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH COVENANT HOSPITAL | Unsecured | 85.86 | NA | NA | 0.00 | 0.00 |
| SWEDISH COVENANT HOSPITAL | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH COVENANT HOSPITAL | Unsecured | 2,702.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH COVENANT HOSPITAL | Unsecured | 71.83 | NA | NA | 0.00 | 0.00 |
| SWEDISH COVENANT HOSPITAL | Unsecured | 81.77 | NA | NA | 0.00 | 0.00 |
| SWEDISH COVENANT HOSPITAL | Unsecured | 84.17 | NA | NA | 0.00 | 0.00 |
| SWEDISH COVENANT HOSPITAL | Unsecured | 81.08 | NA | NA | 0.00 | 0.00 |
| SWEDISH COVENANT HOSPITAL | Unsecured | 15,072.43 | NA | NA | 0.00 | 0.00 |
| SWEDISH COVENANT HOSPITAL | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH COVENANT HOSPITAL | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH COVENANT HOSPITAL | Unsecured | 81.08 | NA | NA | 0.00 | 0.00 |
| SWEDISH COVENANT HOSPITAL | Unsecured | 81.77 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $17,974.01 | $1,739.10 | $368.39 |
| All Other Secured | $938.09 | $88.15 | $0.00 |
| **TOTAL SECURED:** | **$18,912.10** | **$1,827.25** | **$368.39** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,789.29 | $27.35 | $0.00 |
| **TOTAL PRIORITY:** | **$2,789.29** | **$27.35** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$66,767.54** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $1,437.01 |
| Disbursements to Creditors | $2,222.99 |
| **TOTAL DISBURSEMENTS** : | **$3,660.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/19/2013            By: /s/ Tom Vaughn
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**